TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 2 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-26-00688-PHX-JJT (DMF) |
| Plaintiff, | **INDICTMENT** |
| vs. | |
| Kevin Charles Pyles, | VIO: 18 U.S.C. § 247(c) (Intentional Defacement of Religious Real Property) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 11, 2025, in the District of Arizona, Defendant, KEVIN CHARLES PYLES, intentionally defaced, damaged, and destroyed any religious property, and specifically Sha'arei Shalom Congregation, because of the race, color, or ethnic characteristic of any individual associated with the religious property.

In violation of Title 18, United States Code, Section 247(c).

A TRUE BILL

*s/*
_____
FOREPERSON OF THE GRAND JURY
Date: June 23, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney